966 A.2d 548

**Ronald MUNGRO, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 169 EM 2008.**

Supreme Court of Pennsylvania.

Feb. 11, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of February, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**